IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARTIN WALSH and DORA WALSH,<br><br>Plaintiffs,<br><br>vs.<br><br>ROGER THOMPSON; MADISON COUNTY, MONTANA; and DOES 1-10,<br><br>Defendants. | CV 20-63-BU-JTJ<br><br>ORDER |

The preliminary pretrial conference and motion hearing previously scheduled for April 22, 2021, by Zoom will be conducted in person. The Court will conduct the preliminary pretrial conference and motion hearing at 2:00 p.m on April 22, 2021, at the Mike Mansfield Federal Courthouse in Butte, Montana.

DATED this 13th day of April, 2021.

John Johnston
United States Magistrate Judge