# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MARTIN WALSH and DORA WALSH,<br><br>  Plaintiffs,<br><br>vs.<br><br>ROGER THOMPSON; MADISON COUNTY, MONTANA; and DOES 1-10,<br><br>  Defendants. | CV 20-63-BU-JTJ<br><br>ORDER |

Defendant Roger Thompson (Thompson) has moved for an order, under Fed. R. Civ. P. 35, requiring Plaintiff Martin Walsh to submit to an independent medical examination by Dr. Michael R. Butz on October 1, 2021, in Billings, Montana. Plaintiffs do not oppose the motion. (Doc. 45).

Accordingly, IT IS HEREBY ORDERED:

Defendant Thompson's Motion for a Rule 35 Examination of Martin Walsh (Doc. 41) is GRANTED.

DATED this 26th day of August, 2021.

_/s/ John Johnston_
John Johnston
United States Magistrate Judge