# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| MARTIN WALSH and DORA WALSH,<br><br>Plaintiffs,<br><br>vs.<br><br>ROGER THOMPSON; MADISON COUNTY, MONTANA; and DOES 1-10,<br><br>Defendants. | CV 20-63-BU-JTJ<br><br>ORDER |

United States Magistrate Judge Kathleen L. DeSoto has informed the Court that this case has settled.

Accordingly, IT IS HEREBY ORDERED:

1. All deadlines in this case are VACATED.

2. The parties shall file a stipulation for dismissal, and a proposed order of dismissal on or before November 21, 2022.

DATED this 20th day of October, 2022.

John Johnston
United States Magistrate Judge